Ken STILTS

v.

GLOBE INTERNATIONAL, INC.,* et al.

### ORDER

In accordance with the memorandum contemporaneously entered, the motion (filed November 9, 1994; Docket Entry No. 38) for summary judgment of the defendants, Globe International, Inc., and Bob Michals, is granted.

Accordingly, this action is dismissed with prejudice.

The entry of this order shall constitute the judgment in this action.

It is so ORDERED.

**Ken STILTS**

v.

**GLOBE INTERNATIONAL, INC., et al.**

**No. 3–94–0420.**

United States District Court,
M.D. Tennessee,
Nashville Division.

March 20, 1995.

### ORDER

Prior report: 950 F.Supp. 220.

The Court has before it the plaintiff's motion (filed March 2, 1995; Docket Entry No. 95) to alter, amend and set aside the judgment entered February 21, 1995 (Docket Entry No. 93). The Court has considered the memorandum (Docket Entry No. 96) and other submissions in support of the motion, as well as the defendants' response filed March 13, 1995 (Docket Entry No. 104).

Having fully considered the matter, the Court is content with its original disposition of the case as reflected in the memorandum

---

and order entered February 21, 1995 (Docket Entry Nos. 92 and 93).

Accordingly, the motion to alter, amend and set aside the judgment is denied.

It is so ORDERED.

/s/ Thomas A. Higgins
Thomas A. Higgins
United States District Judge